1  ARIEL PIERRE CALONNE (SBN 110268)
   City Attorney
2  City of San Buenaventura
3  501 Poli Street
   Ventura, California 93002-0099
4  Telephone:  (805) 654-7818
5  Facsimile:  (805) 641-0253
   acalonne@ci.ventura.ca.us
6
                                                 E-FILED 3/30/2012
7  NOSSAMAN LLP
   BYRON GEE (SBN 190919)
8  bgee@nossaman.com
9  MARY LYNN COFFEE (SBN 145605)
   mlcoffee@nossaman.com
10 ROBERT C. HORTON (SBN 235187)
11 rhorton@nossaman.com
   445 South Figueroa Street, Suite 3100
12 Los Angeles, CA  90071
   Telephone:  (213) 612-7800
13 Facsimile:  (213) 612-7801

14
   Attorneys for Defendant CITY OF SAN BUENAVENTURA
15

16                UNITED STATES DISTRICT COURT
17
                  CENTRAL DISTRICT OF CALIFORNIA
18

19 WISHTOYO                    )  Case No.: CV 10-02072-GHK (PJWx)
   FOUNDATION/VENTURA          )
20 COASTKEEPER                 )  [PROPOSED] DISMISSAL ORDER
                               )
21         Plaintiff, and      )
22                             )
   HEAL THE BAY, INC.          )  Complaint served:  March 26, 2010
23                             )  Current response date: February 13, 2012
24         Plaintiff-Intervenor, )
                               )
25    vs.                      )
                               )
26 CITY OF SAN BUENAVENTURA,   )
                               )
27         Defendant.          )
28 ─────────────────────────────

316814
PROPOSED DISMISSAL ORDER

1
2    **IT IS HEREBY ORDERED** that all remaining claims for relief (i.e., claims I and
3 II of the above captioned action) and the complaint are dismissed with prejudice.
4    **IT IS FURTHER ORDERED** that the District Court shall retain jurisdiction of
5 this action and Heal the Bay, Wishtoyo Foundation/Ventura Coastkeeper, and the City of
6 San Buenaventura for the purpose of enforcing compliance by the Parties with the terms
7 of the Tertiary Treated Flows Consent Decree and Stipulated Dismissal filed concurrently
8 herewith.  *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994).
9    **IT IS SO ORDERED**.
10
11 Dated: __3/30_____, 2012.
12
13                                              _____
14                                              The Honorable George King
                                                United States District Judge

316814                                    1
PROPOSED DISMISSAL ORDER